# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| RAFQA STAR, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 6:22-cv-1207<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rafqa Star, LLC declares that it has no parent corporations or any publicly held company owning more than 10% of its stock.

Dated: November 18, 2022

DEVLIN LAW FIRM LLC

*/s/Derek Dahlgren*
Derek Dahlgren
ddahlgren@devlinlawfirm.com
Srikant Cheruvu (*pro hac vice* to be filed)
scheruvu@devlinlawfirm.com
Devlin Law Firm
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Rafqa Star, LLC*