# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| RAFQA STAR, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-01207-ADA |
| | § | |
| GOOGLE, LLC | § | |

## ORDER SETTING IN PERSON MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **IN PERSON MOTIONS HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, July 25, 2023 at 10:30 AM**. All parties and counsel must appear at this hearing. The Court will also require the in-person appearance of Google's Declarants Peter Tan and Stacy Yae.

IT IS SO ORDERED this 19th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE