# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

RAFQA STAR, LLC,

vs.  Case No.: 6:22-CV-01207-ADA

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Darin W. Snyder__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Google LLC__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __O'Melveny & Myers LLP__ with offices at:

    Mailing address: __Two Embarcadero Center, 28th Floor__

    City, State, Zip Code: __San Francisco, CA 94111__

    Telephone: __(415) 984-8700__   Facsimile: __(415) 984-8701__

2. Since __1988__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California__. Applicant's bar license number is __136003__.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | See Attachment 1 | |
    | | |
    | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

Not Applicable.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: See Attachment 2 on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

Not Applicable.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Not Applicable.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brian C. Banner of Slayden Grubert Beard PPLC

Mailing address: 401 Congress Ave., Suite 1650

City, State, Zip Code: Austin, Texas 78701

Telephone: (512) 402-3550

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Darin W. Snyder to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Darin W. Snyder
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 24 day of July, 2023.

Darin W. Snyder
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

RAFQA STAR, LLC,

vs.                                          Case No.: 6:22-CV-01207-ADA

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Darin W. Snyder, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Darin W. Snyder may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Darin W. Snyder, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July, 20 23.

_____
UNITED STATES DISTRICT JUDGE

Attachment 1 to Darin W. Snyder Pro Hac Vice Application

| Jurisdiction | Admit Date |
|---|---|
| District of Colorado | August 27, 2007 |
| U.S.D.C. for S.D. California | September 5, 1989 |
| U.S.D.C. for E.D. California | February 27, 1989 |
| U.S.D.C. for C.D. California | May 22, 1989 |
| U.S.D.C. for N.D. California | December 7, 1988 |
| U.S. Court of Appeals, Ninth Circuit | December 7, 1988 |
| U.S. Court of Appeals, Federal Circuit | March 8, 2002 |
| U.S. Supreme Court | June 11, 2007 |
| U.S.D.C. for E.D. Texas | January 31, 2023 |
| U.S. Court of Appeals, Fifth Circuit | November 5, 2021 |

Attachment 2 to Darin W. Snyder Pro Hac Vice Application

1:12-cv-00205 (May 30, 2012)
1:13-cv-00116
1:13-cv-00118 (March 7, 2013)
6:15-cv-00030 (March 17, 2015)
6:19-cv-00400 (July 24, 2019)
1:19-cv-00903 (July 24, 2019)
6:19-cv-00356 (August 14, 2019)
6:19-cv-00433 (October 8, 2019)
6:19-cv-00437 (November 22, 2019)
6:19-cv-00515 (December 28, 2019)
1:19-cv-00819 (July 24, 2019)
6:19-cv-00573 (February 28, 2020)
6:19-cv-00631 (February 12, 2020)
6:20-cv-00257 (July 24, 2020)
6:20-cv-00259 (July 24, 2020)
1:20-cv-00283 (February 29, 2020)
6:20-cv-00552 (June 26, 2020)
6:20-cv-00472 (December 3, 2020)
6:20-cv-00366 (August 7, 2020)
6:20-cv-00101 (April 28, 2021)
6:20-cv-00259 (April 29, 2021)
6:21-cv-00167 (July 13, 2021)
6:20-cv-01125 (July 14, 2021)
6:21-cv-00259 (April 29, 2021)
6:21-cv-00526 (July 21, 2021)
6:21-cv-00571 (July 22, 2021)
6:21-cv-01045 (Dec. 23, 2021)
6:22-cv-00004 (Mar. 18, 2022)
6:22-cv-01056 (Dec. 19, 2022)
6:23-cv-00051 (Mar. 14, 2023)
6:23-cv-00138 (Apr. 27, 2023)