# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| RAFQA STAR, LLC | § § | |
| vs. | § § | NO:  WA:22-CV-01207-ADA |
| GOOGLE, LLC | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by public Zoom on August 11, 2023 at 02:30 PM.

IT IS SO ORDERED this 24th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE