# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| RAFQA STAR, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-CV-1207-ADA |
| | § | |
| GOOGLE LLC, | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rafqa Star, LLC ("Plaintiff") and Defendant, Google LLC ("Defendant") hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: November 30, 2023

*/s/ Derek F. Dahlgren*
Derek F. Dahlgren (*pro hac vice*)
ddahlgren@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
Adam Woodward (*pro hac vice*)
awoodward@devlinlawfirm.com
**DEVLIN LAW FIRM**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*RAFQA STAR, LLC*


*/s/ Stacy P. Yae*
Brian C. Banner (TX #24059416)
bbanner@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, TX 78701
Telephone: (512) 402-3569

David S. Almeling (*Pro Hac Vice*)
dalmeling@omm.com
Sorin Zaharia (*Pro Hac Vice*)
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700

Stacy P. Yae (*Pro Hac Vice*)
syae@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Attorneys for Defendant*
*Google*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send a notification of such filing to all registered counsel of record.

                                        */s/ Derek F. Dahlgren*
                                        Derek F. Dahlgren